IT IS ORDERED

Date Entered on Docket: March 6, 2023



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re: **SALOMON ALFONSO LOPEZ**  Case No. 22-10477-t13
Debtor(s).

**STIPULATED ORDER VACATING PRELIMINARY HEARING ON**
**MOTION FOR RELIEF FROM STAY**
**AND FINAL HEARING ON OBJECTION TO PROOF OF CLAIM**

**THIS MATTER** came before the Court on the stipulation of the Debtor, by and through attorney Jason M. Cline, the Chapter 13 Trustee, Tiffany M. Cornejo, AJ Swenson, and Jason Bousliman, Attorney for PNC Bank, NA, to vacate the preliminary hearing on Motion for Relief from Stay and final hearing Objection to Proof of claim set for 9:00 AM on March 7, 2023. The Court being sufficiently advised.

IT IS THEREFORE ORDERED, that:

1. the preliminary hearing on Motion for Relief from Stay and final hearing Objection to Proof of claim set for 9:00 AM on March 7, 2023 is hereby vacated.

2. If necessary, after ruling on the Motion for Summary Judgment filed by Debtor and potential competing Motion for Summary Judgment, the Court will reset the matters for hearing.

### END OF ORDER ###

Submitted by:

/s/ Jason M. Cline  *Electronically Submitted*
Jason M. Cline
Attorney for Debtor(s)
2601 Wyoming Blvd. NE, Ste. 108
Albuquerque, NM  87112
Telephone: 505-595-0110
Fax: 505-805-2762
Email: jason@attorneyjasoncline.com


APPROVED:

*Approved via email – 03/03/2023*
Tiffany M. Cornejo
Chapter 13 Trustee
625 Silver Avenue SW, Suite 350
Albuquerque, NM  87102-3111
Telephone:  505-243-1335
Fax: 505-247-1335
Email: orders@ch13nm.com



*Approved via email – 02/28/2023*
Jason Bousliman
Attorney for PNC Bank, N.A.
6501 Eagle Rock NE, Ste. A-3
Albuquerque, NM  87113
Telephone: 505-219-4900
Email: jbousliman@mccarthyholthus.com

-2-

Case 22-10477-t13    Doc 77    Filed 03/06/23    Entered 03/06/23 10:01:46 Page 2 of 2